**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMED ADAN DAHIR,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, JR., et al.,<br>Respondents. | Case No. 5:26-cv-06468-SK<br>**ORDER GRANTING HABEAS PETITION**<br>A File No. 249-139-298 |

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 petition is granted. *See Cheng v. Warden of Adelanto ICE Proc. Ctr.*, --- F. Supp. 3d ---, 2026 WL 2629685 (C.D. Cal. Sept. 7, 2026). Petitioner MOHAMED ADAN DAHIR (A# 249-139-298) is ordered released from ICE detention forthwith on the posting of bond or on conditional parole no more restrictive than release conditions imposed previously on or about December 6, 2024. Judgment in Petitioner's favor will be entered accordingly.

This court retains jurisdiction to enforce its order and judgment if Petitioner is arrested and re-detained in violation of the Immigration and Nationality Act or the agency's relevant implementing regulations governing revocation of release, including 8 C.F.R. § 212.5(e)(2)(i), § 236.1(c)(9), or § 241.4(l). It also retains jurisdiction over any successive action or petition under § 2241 alleging that petitioner is being held in immigration custody within this district in violation of federal law. *See* 28 U.S.C. § 1651; *see also Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse

of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).

IT IS SO ORDERED.

DATED: November 3, 2026

STEVE KIM
United States Magistrate Judge