**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MOHAMED ADAN DAHIR,
Petitioner,
v.
ERNESTO SANTACRUZ, JR., et al.,
Respondents.

Case No. 5:26-cv-06468-SK

**JUDGMENT**

A File No. 249-139-298

In accordance with the Court's Order Granting Habeas Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 petition is granted in Petitioner's favor. MOHAMED ADAN DAHIR (A# 249-139-298) is to be released from ICE detention forthwith on the posting of bond or on conditional parole no more restrictive than release conditions imposed previously on or about December 6, 2024. This Court retains jurisdiction to the extent explained in its Order Granting Habeas Petition.

DATED: November 3, 2026

STEVE KIM
United States Magistrate Judge